AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky – Southern Division at London

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Facial Expressions | **JUDGMENT IN A CRIMINAL CASE**<br>(For Organizational Defendants)<br><br>Case Number: 6:25-CR-047-REW-01<br><br>USM Number: N/A<br><br>Andrew S. Feldman<br>Defendant Organization's Attorney |

Eastern District of Kentucky
**FILED**
OCT 17 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**THE DEFENDANT ORGANIZATION:**

☒ pleaded guilty to count(s)  1 of the Information [DE 8]
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:331(c) & 333 (a)(1) | Receipt of Misbranded Drugs in Interstate Commerce | August 2023 | 1 |

The defendant organization is sentenced as provided in pages 2 through  5  of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: N/A

Defendant Organization's Principal Business Address:

Pink Cashmere Salon
100 Shiloh Drive
London, Kentucky 40741

October 16, 2025
Date of Imposition of Judgment

/s/ RW
Signature of Judge

Honorable Robert E. Wier, U.S. District Judge
Name and Title of Judge

Defendant Organization's Mailing Address:

Pink Cashmere Salon
100 Shiloh Drive
London, Kentucky 40741

10.17.2025
Date

DEFENDANT ORGANIZATION: Facial Expressions
CASE NUMBER: 6:25-CR-047-REW-01

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:

**TWO (2) YEARS**

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment. **\*\*\*Restitution in the amount of $24,369 is imposed, but the pre-judgment penalty funds tendered by Defendant to the District Court Clerk's Office on July 23, 2025, shall be applied toward the restitution balance. See page 5. Restitution is satisfied.**

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below). **\*\*\*The Court opted not to impose the standard conditions of supervision set forth below.**

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

DEFENDANT ORGANIZATION: Facial Expressions
CASE NUMBER: 6:25-CR-047-REW-01

# SPECIAL CONDITIONS OF SUPERVISION

1. Facial Expressions (represented as defunct) may not open, operate, or conduct business of any type without first getting permission from the Court.

DEFENDANT ORGANIZATION:    Facial Expressions
CASE NUMBER:    6:25-CR-047-REW-01

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 125.00 | $ Waived | $ 24,369.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below. **The pre-judgment penalty funds tendered by Defendant to the District Court Clerk's Office on July 23, 2025, shall be applied toward the restitution balance. The obligation is satisfied.**

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Dena Hubbard<br>London, KY | $1,549.40 | $1,549.40 | |
| Lorie Woods<br>Tyner, KY | $840.60 | $840.60 | |
| Candice Fox<br>Manchester, KY | $779.00 | $779.00 | |
| Kelly Blackwood<br>Richmond, KY | $9,700.00 | $9,700.00 | |
| Melody Liperote<br>London, KY | $11,500.00 | $11,500.00 | |
| **TOTALS** | $ 24,369.00 | $ 24,369.00 | |

☒ Restitution amount ordered pursuant to plea agreement $ 24,369.00

☐ The defendant organization shall pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

     ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

     ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT ORGANIZATION: Facial Expressions
CASE NUMBER: 6:25-CR-047-REW-01

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☒ Lump sum payment of $ 24,494.00 , less any amount already satisfied, due immediately, balance due

  ☐ not later than _____ , or
  ☒ in accordance with ☐ C or ☒ D below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, or ☐ D below); or

**C** ☐ Payment in equal _____ *(e.g., equal, weekly, monthly, quarterly)* installments _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☒ Special instructions regarding the payment of criminal monetary penalties:

  Criminal monetary penalties are payable to:
  Clerk, U. S. District Court, Eastern District of Kentucky
  310 S. Main Street, Room 215, London, KY 40741

  ***The pre-judgment penalty funds tendered by Defendant to the District Court Clerk's Office on July 23, 2025, shall be applied toward the restitution balance. Any remaining balance (i.e., the $125.00 special assessment) is due immediately.**

**INCLUDE CASE NUMBER WITH ALL CORRESPONDENCE**

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☒ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:
As anticipated in DE 14, the Court finds that the property identified in the forfeiture allegation of the Information (money judgment of $10,911) is forfeitable. That amount has been tendered, and the obligation is satisfied.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.